HARRIET HALL, Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent.

(Argued February 28, 1935; decided March 19, 1935.)

*Walter A. Fullerton* and *James A. Leary* for appellant.
*Charles J. Herrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.